427 A.2d 260

Commonwealth v. Taylor, Appellant.

Submitted December 6, 1979.   William J. Brady, Jr., for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Dismissal of defendant's petition for relief under the Post Conviction Hearing Act is hereby affirmed.

427 A.2d 261

Commonwealth v. Tooley, Appellant.

Submitted March 23, 1979.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.